THE TOWN OF IRONDEQUOIT, Respondent, *v.* SEPHARINE COSTICH, Appellant.

*Town of Irondequoit* v. *Costich*, 138 App. Div. 916, affirmed.
(Argued December 5, 1911; decided December 19, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a penalty for violation of an ordinance of the board of health of the town of Irondequoit.

*Frank J. Hone* for appellant.

*Herbert Leary* and *W. H. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

JAMES F. LOFTUS, Respondent, *v.* CONTINENTAL CASUALTY COMPANY, Appellant.

*Loftus* v. *Continental Casualty Co.*, 134 App. Div. 994, affirmed.
(Argued December 5, 1911; decided December 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 29, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a policy of accident insurance.

*Walter S. Jenkins* and *Manton Maverick* for appellant.

*Thomas C. Burke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.